**Order entered January 31, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00040-CV

### IN THE INTEREST OF B.P. AND S.P., CHILDREN

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-20-04783**

### ORDER

Before the Court are appellant's January 18, 2022 motion for an extension of time to file a notice of appeal and appellee's response opposing the motion. Appellant explains in his motion that he filed a motion pursuant to Texas Rule of Civil Procedure 306a to extend deadlines because counsel did not obtain actual notice of the trial court's October 19, 2021 judgment until November 19, 2021.[1] *See* TEX. R. CIV. P. 306(a)(4). He further explains that the trial court has refused to set a hearing on his rule 306a motion. *See id*. 306a(5). In her response to the motion, appellee asserts that appellant's remedy is by way of petition for writ of

---

[1] Appellant filed his notice of appeal and rule 306a motion on December 10, 2021.

mandamus for failing to conduct a hearing on his rule 306a motion. *See Cantu v. Longoria*, 878 S.W.2d 131, 132 (Tex. 1994).

Given the posture of this case with the notice of appeal having been filed, we **ORDER** the trial court to conduct a hearing, **WITHIN THIRTY DAYS** of the date of this order, on appellant's rule 306a motion. *See* TEX. R. CIV. P. 306(a)(5). We further **ORDER** the trial court to sign a written order that finds the date when appellant or his counsel first either received notice or acquired actual knowledge that the judgment was signed. *See* TEX. R. APP. P. 4.2(c).

We **ORDER** LaToya Young-Martinez, Official Court Reporter for the 255th Judicial District Court, to file the reporter's record of the hearing **WITHIN FORTY DAYS** of the date of this order.

We **ORDER** Felicia Pitre, Dallas County District Clerk, to file a supplemental clerk's record containing the trial court's order on appellant's rule 306a motion , **WITHIN THIRTY-FIVE DAYS** of the date of this order.

Appellant's extension motion will be determined after receiving the supplemental clerk's record with the trial court's order.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Kim Cooks, Presiding Judge of the 255th Judicial District Court; Ms. Pitre: Ms. Young-Martinez; and, all parties.

We **ABATE** this appeal to allow the trial court an opportunity to comply with this order. The appeal will be reinstated in **FORTY DAYS** or when the supplemental clerk's record is filed with the requested order from the trial court, whichever occurs sooner.

/s/     KEN MOLBERG
        JUSTICE